UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:10-CR-107-FtM-29DNF

LEROY THOMAS

### ORDER

This matter comes before the Court on Notice of Withdrawal (Doc. #63) filed on July 19, 2012. Assistant United States Attorney Jeffrey Michelland moves the Court to remove Assistant United States Attorney Andrew Marcus from this case. The Government is represented by Mr. Michelland.

Accordingly, it is now

**ORDERED:**

The Notice of Withdrawal (Doc. #63) is **GRANTED**. Assistant United States Attorney Andrew Marcus shall be removed as Counsel for the Government in this matter and shall bear no further responsibility in this matter. The Clerk is directed to remove Mr. Marcus from further CM/ECF notifications regarding this case.

**DONE AND ORDERED** at Fort Myers, Florida, this 23rd day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All parties of Record